# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DASHALAHN BROWN, : Case No. 3:21-cv-190

    Plaintiff,

                                           District Judge Thomas M. Rose

- vs -                                   Magistrate Judge Michael R. Merz

WRIGHT PATTERSON AIR FORCE
BASE SENSORS DIRECTORATE
AFRE/RY, et al.,

    Defendants. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 25), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, pursuant to 28 U.S.C. § 1915(e)(2), this case is DISMISSED without prejudice for failure to state a claim upon which relief can be granted and for lack of federal jurisdiction. This case is also TERMINATED on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this 28th day of October, 2021.

                                                        Thomas M. Rose
                                                        United States District Judge